NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUST TITLE COMPANY,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5004

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00745-CFL, Judge Charles F. Lettow.

---

**JUDGMENT**

---

DONALD C. HOLMES, JR., Donald C. Holmes and Associates, P.A., Greensboro, MD, argued for plaintiff-appellant.

ERIC LAUFGRABEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE; TODD P. MAIBERGER, United States

Department of Housing and Urban Development, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2015

Date

/s/ Daniel E. O'Toole

Daniel E. O'Toole

Clerk of Court